# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Douglas C. Pegg**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00394-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin**,** | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 16, 2013 Order with Remand pursuant to sentence four of 42 U.S.C. § 405(g).

July 16, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court